

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2015

No. 04-15-00143-CV

**IN THE INTEREST OF M.J.A.G.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00911
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file its brief is GRANTED IN PART. The appellee's brief is due on **June 29, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court